EXHIBIT 4

BEFORE: JOAN M. AZRACK  DATE: 11/2/2022
UNITED STATES DISTRICT JUDGE  TIME: 10:15 AM (45 min)

# CRIMINAL CAUSE FOR SENTENCING

**FILED
CLERK**

**DOCKET NO. 20-cr-220 (JMA)**

1:34 pm, Nov 02, 2022

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Thomas Blaha**  **DEF. #: 1**
☒ Present ☐ Not present ☐ Custody ☒ Bail
**DEFENSE COUNSEL: Kevin Faga**
☐ Federal Defender ☐ CJA ☒ Retained

**AUSA: Anna Karamigios**

INTERPRETER:

PROBATION OFFICER: Gregory Giblin

COURT REPORTER: Paul Lombardi   COURTROOM DEPUTY: LMP

☒ Case Called. ☒ Counsel present for all sides.
☒ Sentencing held. ☐ Sentencing adjourned to .
☒ Statements of victim, defendant and counsel heard.
☒ Defendant sentenced on Count 3 of the Indictment.

SENTENCE TEXT: Imprisonment: 200 months. Supervised release: 5 years, with special conditions. Special assessment: $100.00. Fine: $40,000.00. JVTA: $5,000.00. Restitution ordered as set forth in the Judgment.

☒ Remaining open counts are dismissed on
  ☒ Government's motion. ☐ Court's motion.
☒ Court advised defendant of right to appeal.
☐ Defendant waived right to appeal in plea agreement.
☐ Transcript of the proceeding sealed with the exception of providing a copy to the parties.

Defendant ☐ Remains in Custody. ☐ On bail pending appeal.
☒ Shall surrender to the institution designated by the U.S. Bureau of Prisons by 2:00 PM on 1/13/2023.

OTHER: [47] Motion for forfeiture granted; order signed.