**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS BLAHA, <br><br> Defendant. | Civil Action No. 25-1569 <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiff Jane Doe in the above-captioned action:

> Jack McNeily
> Latham & Watkins LLP
> 330 North Wabash Ave., Suite 2800
> Chicago, IL 60611
> Telephone: (312) 876-7700
> Facsimile: (312) 993-9767
> Email: Jack.Mcneily@lw.com

| | |
|---|---|
| Dated: March 21, 2025 <br> Chicago, Illinois | */s/ Jack McNeily* <br> Jack McNeily <br> **LATHAM & WATKINS LLP** <br> 330 North Wabash Ave., Suite 2800 <br> Chicago, IL 60611 <br> Tel: (312) 876-7700 <br> Facsimile: (312) 993-9767 <br> Email: Jack.Mcneily@lw.com <br><br> *Attorneys for Plaintiff Jane Doe* |