**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>  v.<br><br>THOMAS BLAHA,<br><br>        Defendant. | Civil Action No. 25-1569<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiff Jane Doe in the above-captioned action:

            Wenyi Gu
            Latham & Watkins LLP
            1271 Avenue of the Americas
            New York, NY 10020
            Telephone: (212) 906-1200
            Facsimile: (212) 751-4864
            Email: Wendy.Gu@lw.com

| | |
|---|---|
| Dated: March 21, 2025<br>   New York, New York | */s/ Wenyi Gu*<br>Wenyi Gu<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: Wendy.Gu@lw.com<br><br>*Attorneys for Plaintiff Jane Doe* |