**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JANE DOE,

                Plaintiff,

    v.

THOMAS BLAHA,

                Defendant.

Civil Action No. 25-1569

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

---

PLEASE TAKE NOTICE that upon the annexed Declaration of Priya Purohit in support of this motion and the Certificates of Good Standing annexed thereto, the undersigned will move this Court pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an associate of the law firm of Latham & Watkins LLP and a member in good standing of the Bars of the States of California and Illinois, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Jane Doe. There are no pending disciplinary proceedings against the undersigned in any State or Federal court.

Dated: March 21, 2025
       Chicago, Illinois

*/s/ Priya Purohit*
Priya Purohit
**LATHAM & WATKINS LLP**
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: Priya.Purohit@lw.com

*Attorneys for Plaintiff Jane Doe*