# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>   v.<br><br>THOMAS BLAHA,<br><br>       Defendant. | Civil Action No. 25-1569<br><br>**DECLARATION IN SUPPORT OF MOTION FOR <u>ADMISSION *PRO HAC VICE*</u>** |

   I, PRIYA PUROHIT, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

   1.  I am associated with the law firm of Latham & Watkins LLP.

   2.  I submit this declaration in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

   3.  I have been a member in good standing of the Bars of the States of California and Illinois since December 7, 2018, and November 28, 2023, respectively.

   4.  I attach Certificates of Good Standing from the California Supreme Court and Illinois Supreme Court, both of which were issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice*.

   5.  I have never been convicted of a felony or been the subject of any criminal conviction.

   6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction, and there are no disciplinary proceedings presently pending against me.

8. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Jane Doe.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2025.

*/s/ Priya Purohit*
Priya Purohit