**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS BLAHA, <br><br> Defendant. | Civil Action No. 25-1569 <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

The Motion for Admission *Pro Hac Vice* in the above captioned matter is granted. The admitted attorney, Priya Purohit, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Plaintiff Jane Doe.

This Order becomes effective upon the Court's receipt of the required $200.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated: _____, 2025

_____
United States District Judge