**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JANE DOE,

                    Plaintiff,

    v.

THOMAS BLAHA,

                    Defendant.

Civil Action No. 25-1569

**REQUEST FOR CERTIFICATE OF DEFAULT**

---

TO:    BRENNA B. MAHONEY
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant Thomas Blaha pursuant to Federal Rule of Civil Procedure 55(a) for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Jack McNeily.

| | |
|---|---|
| Dated:  August 19, 2025<br>           Chicago, Illinois | */s/ Jack McNeily*<br>Jack McNeily<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Ave., Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: Jack.McNeily@lw.com<br><br>Wenyi Gu<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: Wendy.Gu@lw.com<br><br>*Attorneys for Plaintiff Jane Doe* |