**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JANE DOE, | Civil Action No. 25-1569 |
| Plaintiff, | |
| v. | **DECLARATION OF JACK MCNEILY IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |
| THOMAS BLAHA, | |
| Defendant. | |

I, Jack McNeily, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Latham & Watkins LLP and counsel for Jane Doe ("Plaintiff") in the above-captioned litigation.

2. This action was commenced pursuant to the filing of the complaint and summons on March 21, 2025. (ECF No. 1).

3. The summons was issued on March 24, 2025. (ECF No. 8).

4. Defendant Thomas Blaha was served with a copy of the summons and complaint on May 1, 2025, as reflected on the docket sheet by the proof of service filed on May 7, 2025. (ECF No. 10).

5. Pursuant to Federal Rule of Civil Procedure 12, an answer or response to Plaintiff's complaint was due on May 22, 2025. (ECF No. 10).

6. On May 12, 2025, I received a letter addressed to "Mr Jack McNeily" from Defendant dated May 5, 2025, and postmarked May 8, 2025. (Attached as Ex. 1). In the letter, Defendant acknowledged that he "received your lawsuit on May 1, 2025 here in FCI Fort Dix

N.J.," but did not address any of the claims or allegations in the complaint nor assert any defenses. (Ex. 1).

7. Defendant has not answered or otherwise moved with respect to the complaint, and the time for Defendant to answer or otherwise respond has not been extended.

8. Defendant has failed to appear, plead, or otherwise defend this case within the time allowed and, therefore, is now in default.

9. Defendant is not a minor, and I have no information to suggest that Defendant is or has ever been deemed an incompetent person.

10. I have no information to suggest that Defendant is or ever was in the military service of the United States.

11. Except for the aforementioned letter, I have had no contact with Defendant, and Defendant has not contacted me in any way.

12. Defendant Thomas Blaha is indebted to Plaintiff Jane Doe for liquidated damages in the amount of $150,000, pursuant to 18 U.S.C. § 2255(a), for Defendant's violation of federal criminal statutes 18 U.S.C. §§ 2251(c) and (e), which govern child sexual exploitation and abuse; damages for sex trafficking under 18 U.S.C. § 1595(a) in an amount to be determined by this Court for Defendant's violation of federal criminal statute 18 U.S.C. § 1591, which criminalizes sex trafficking of children; and reasonable attorney's fees, litigation costs, pre-judgment and post-judgment interest, and such other and further relief as the Court deems just and proper pursuant to 18 U.S.C. §§ 2255(a) and 1595(a).

WHEREFORE, Plaintiff Jane Doe requests that the default of Defendant Thomas Blaha be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to Plaintiff, and that no part thereof has been paid.

Dated: August 19, 2025
Chicago, Illinois

/s/ *Jack McNeily*

Jack McNeily
**LATHAM & WATKINS LLP**
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: Jack.McNeily@lw.com

Wenyi Gu
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Wendy.Gu@lw.com

*Attorneys for Plaintiff Jane Doe*