# EXHIBIT 1

Thomas Blaha #92291053
FCI Fort Dix
PO Box 2000
JB, MDL, NJ 08640

Latham McNeily LLP
330 North Wabash Ave, STE 2800
Chicago, IL, 60611
Mr Jack McNeily

60611-365500

TRENTON NJ 085
8 MAY 2025 PM 3 L

MAY 12 2025

5/5/25

Latham McNeily LLP
330 North Wabash Ave, STE 2800
Chicago, IL 60611

Mr Jack McNeily:

I received your lawsuit on May 1, 2025 Here in FCI Fort Dix N.J.

The US Attorney has seized my Escrow ($5,000) money placed with an attorney. I request an attorney be appointed by the courts to represent me. I look forward to settling these matters.

Thomas Blaha #92291053
FCI Fort Dix
P.O. Box 2000
J.B. MDL, NJ, 08640