**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS BLAHA, <br><br> Defendant. | Civil Action No. 25-1569 <br><br> **[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT** |

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, hereby certify that Defendant Thomas Blaha has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Thomas Blaha is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York

_____, 2025

BRENNA B. MAHONEY, Clerk of Court

By: _____
    Deputy Clerk