**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JANE DOE,

                      Plaintiff,                    **CLERK'S CERTIFICATE**
                                                                  **OF DEFAULT**
     - against -                                  CV 25-1569 (JMA) (AYS)

THOMAS BLAHA,

                      Defendant.
-------------------------------------------------------------------X

I, Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant THOMAS BLAHA has not filed an answer or otherwise moved with respect to the Complaint, and that the time to answer or move has expired.

The default of defendant THOMAS BLAHA is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: September 3, 2025
       Central Islip, New York

                                                                       BRENNA B. MAHONEY
                                                                       CLERK OF COURT

                                                             BY:    /S/ JAMES J. TORITTO
                                                                            DEPUTY CLERK