**Jack McNeily**
Direct Dial: (312) 876-7700
Jack.McNeily@lw.com

330 North Wabash Avenue
Suite 2800
Chicago, Illinois  60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM&WATKINS LLP

February 5, 2026

**VIA ECF**

The Honorable Judge Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: *Doe v. Blaha*, 2:25-cv-01569-JMA-AYS**
    **Status Report**

Dear Judge Azrack:

      Plaintiff Jane Doe submits this status report pursuant to the Court's Order dated January 29, 2026.

      Plaintiff served Defendant Thomas Blaha with a copy of the summons and complaint on May 1, 2025, as reflected in docket entry 10.  ECF No. 10.  Defendant failed to answer or otherwise respond by May 22, 2025, as required by Federal Rule of Civil Procedure 12.  Accordingly, Plaintiff requested a certificate of default on August 19, 2025, and the Court entered Defendant's default on September 3, 2025.  ECF No. 13.

      Plaintiff intends to file her motion for default judgment against Defendant by February 27, 2026.

*[signature on the next page]*

Respectfully submitted,

*/s/ Jack McNeily*
Jack McNeily

**LATHAM & WATKINS LLP**
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: Jack.McNeily@lw.com

Wenyi Gu
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Wendy.Gu@lw.com

*Attorneys for Plaintiff Jane Doe*

cc:  Thomas Blaha (Inmate ID: 92291-053) (via U.S. Mail)
     FCI Fort Dix
     Federal Correctional Institution
     P.O. Box 2000
     Joint Base MDL, NJ 08640