# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>THOMAS BLAHA,<br><br>                    Defendant. | 2:25-cv-01569-JMA-AYS<br><br>**CERTIFICATE OF SERVICE** |

I, Jack McNeily, hereby certify that on February 5, 2026, I caused a true and correct copy of the Status Report, dated February 5, 2026, to be served by U.S. Mail upon Defendant Thomas Blaha (Inmate ID: 92291-053) at FCI Fort Dix, Federal Correctional Institution, P.O. Box 2000, Joint Base MDL, NJ 08640.

Dated: February 5, 2026
       Chicago, Illinois

*/s/ Jack McNeily*
Jack McNeily

**LATHAM & WATKINS LLP**
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: Jack.McNeily@lw.com

Wenyi Gu
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Wendy.Gu@lw.com

*Attorneys for Plaintiff Jane Doe*