UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                                Plaintiff,<br><br>      v.<br><br>THOMAS BLAHA,<br><br>                                Defendant. | No. 25 Civ. 1569 (JMA) (AYS) |

## MOTION TO WITHDRAW PRIYA PUROHIT AS COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel for Plaintiff Jane Doe hereby moves to withdraw Priya Purohit of Latham & Watkins LLP as counsel admitted *pro hac vice* in the above-captioned action on behalf of Plaintiff Jane Doe, pursuant to Local Rule 1.4(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. As of February 25, 2026, Priya Purohit is no longer affiliated with Latham & Watkins LLP. Plaintiff Jane Doe will continue to be represented in the above-captioned action by Jack McNeily and Wenyi Gu of Latham & Watkins LLP, who have already entered appearances on behalf of Plaintiff Jane Doe.

The undersigned counsel respectfully requests entry of an Order granting this motion to withdraw Priya Purohit as counsel for Plaintiff Jane Doe and directing that the Court's docket be amended to reflect the withdrawal.

Dated: February 25, 2026      Respectfully submitted,
Chicago, Illinois

**LATHAM & WATKINS LLP**

*/s/ Jack McNeily*
Jack McNeily
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: Jack.McNeily@lw.com

Wenyi Gu
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Wendy.Gu@lw.com

*Attorneys for Plaintiff Jane Doe*