**Jack McNeily**
Direct Dial: (312) 876-7700
Jack.McNeily@lw.com

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

February 27, 2026

**VIA ECF**

The Honorable Judge Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: *Doe v. Blaha*, 2:25-cv-01569-JMA-AYS**
   **Status Report**

Dear Judge Azrack:

    We represent Plaintiff Jane Doe in the above captioned matter. We respectfully submit this supplemental letter in connection with Plaintiff's status report dated February 5, 2026 (ECF No. 14) (the "Status Report") and write to update the Court regarding Plaintiff's anticipated timeline for filing her motion for default judgment against Defendant Thomas Blaha.

    As set forth in the Status Report, Plaintiff served Defendant with the summons and complaint on May 1, 2025. ECF No. 10. Defendant failed to answer or otherwise respond by the deadline required under Federal Rule of Civil Procedure 12, and the Court entered Defendant's default on September 3, 2025. ECF No. 13. Plaintiff indicated in the Status Report that she intended to file her motion for default judgment by February 27, 2026. ECF No. 14.

    We respectfully write to inform the Court that we now intend to file Plaintiff's motion for default judgment by March 20, 2026, to allow Plaintiff to file a complete and well-supported motion.

    We appreciate the Court's attention to this matter and are available to discuss any concerns.

*[signature on the next page]*

                                             Respectfully submitted,

                                             */s/ Jack McNeily*
                                             Jack McNeily

                                             **LATHAM & WATKINS LLP**
                                             330 North Wabash Ave., Suite 2800
                                             Chicago, IL 60611
                                             Telephone: (312) 876-7700
                                             Facsimile: (312) 993-9767
                                             Email: Jack.McNeily@lw.com

                                             Wenyi Gu
                                             **LATHAM & WATKINS LLP**
                                             1271 Avenue of the Americas
                                             New York, NY 10020
                                             Telephone: (212) 906-1200
                                             Facsimile: (212) 751-4864
                                             Email: Wendy.Gu@lw.com

                                             *Attorneys for Plaintiff Jane Doe*


cc:       Thomas Blaha (Inmate ID: 92291-053) (via U.S. Mail)
            FCI Fort Dix
            Federal Correctional Institution
            P.O. Box 2000
            Joint Base MDL, NJ 08640