**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JANE DOE,

                    Plaintiff,

        v.

THOMAS BLAHA,

                    Defendant.

Civil Action No. 25-1569

**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jack McNeily, dated March 20, 2026, together with all exhibits annexed thereto; the accompanying Memorandum of Law, dated March 20, 2026; and all prior pleadings and proceedings had herein, the undersigned attorneys for Plaintiff Jane Doe will move this Court, before the Honorable Joan M. Azrack, District Judge, at the courthouse located at 100 Federal Plaza, Courtroom 920, Central Islip, New York 11722, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 granting entry of a default judgment in favor of Plaintiff Jane Doe against Defendant Thomas Blaha on the grounds that said Defendant failed to answer or otherwise defend against the complaint.

Dated: March 20, 2026
Chicago, Illinois

*/s/ Jack McNeily*

Jack McNeily
**LATHAM & WATKINS LLP**
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: Jack.McNeily@lw.com

Wenyi Gu
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Wendy.Gu@lw.com

*Attorneys for Plaintiff Jane Doe*